**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Robert E. Blackburn**

Civil Action No. 09-cv-00128-REB-MEH

SECRETARY OF LABOR,
UNITED STATES DEPARTMENT OF LABOR,

    Petitioner,

v.

THOMAS J. GACCETTA,

    Respondent.

---

## ORDER OF DISMISSAL

**Blackburn, J.**

The matter before me is the **Stipulation and Motion For Dismissal of Case** [#8] filed June 17, 2009. After careful review of the motion and the file, I conclude that the motion should be granted and that this action should be dismissed.

**THEREFORE, IT IS ORDERED** as follows:

1. That the **Stipulation and Motion For Dismissal of Case** [#8] filed June 17, 2009, is **GRANTED**;

2. That the continued hearing on the Petition To Enforce Administrative Subpoena, set for Friday, June 19, 2009, is **VACATED**; and

3. That this action is **DISMISSED**.

Dated June 17, 2009, at Denver, Colorado.

                                        BY THE COURT:

                                        */s/ Robert E. Blackburn*
                                        Robert E. Blackburn
                                        United States District Judge